# EXHIBIT A

## IN THE COUNTY COURT OF
## HILLSBOROUGH COUNTY, FLORIDA

| | |
|---|---|
| **OSBEL PEREZ POUSADA**<br>**Plaintiff,**<br><br>**v.**<br><br>**EQUIFAX INFORMATION SERVICES, LLC**<br>**Defendant.** | ) **JURY TRIAL DEMANDED**<br>)<br>)<br>) **Case No.**<br>)<br>)<br>)<br>)<br>) |

---

## COMPLAINT

---

### INTRODUCTION

1.     This is an action for actual and statutory damages brought by Plaintiff, Osbel Perez Pousada, an individual consumer, against Defendant Equifax Information Services, LLC (hereinafter "Defendant") for violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* (hereinafter "FCRA").

### JURISDICTION

2.     Personal jurisdiction exists over Defendant as Defendant has the necessary minimum contacts with the state of Florida. This suit arises directly from Defendant's specific conduct with Plaintiff.

### PARTIES

3.     Plaintiff Osbel Perez Pousada (hereinafter "Plaintiff") is a natural person residing in Florida.

1

4.    Defendant is a foreign company, a "consumer reporting agency" under the FCRA.

## FACTS

### A Quick Backstory on File Disclosures

5.    Credit reporting is a fundamental component of modern financial life. Plaintiff, like all consumers, relies on accurate and transparent credit reporting to secure housing, employment, credit, and other opportunities.

6.    Under the FCRA, 15 U.S.C. § 1681g(a)(1), a consumer is entitled to obtain from a consumer reporting agency all information in that consumer's file at the time of the request. Full file disclosures are critical for identifying inaccuracies, initiating disputes, and protecting one's financial interests.

7.    Plaintiff relies on the assurance that any such credit reporting is conducted accurately and in full compliance with the law.

8.    The FCRA requires consumer reporting agencies such as Defendant to ensure maximum accuracy in the information they report (15 U.S.C. § 1681e(b)).

9.    Under the FCRA, Defendant is required to provide full and complete information contained in a consumer's file upon the consumer's request. Full disclosures enable consumers to verify the accuracy of their files, identify errors, and request the correction or removal of information that is inaccurate, incomplete, unverifiable, contradictory, or outdated.

### Defendant Refused to Provide Plaintiff with a Full Disclosure as Required By § 1681g of the FCRA

10.      On or about March 31, 2026, Plaintiff requested Plaintiff's full file disclosure pursuant to § 1681g(a)(1), not merely a credit report or summary of accounts.

11.      Notably, Plaintiff's written request also included proof of address, a copy of Plaintiff's ID, a copy of a credit card statement to prove his address, and a copy of Plaintiff's Social Security card, providing all necessary documentation for proper identification.

12.      On April 7, 2026, Defendant responded with a form letter claiming that Plaintiff's identification was "illegible." Plaintiff, however, had submitted clear, legible, and sufficient identifying documentation, including a government-issued photo identification, a credit card statement reflecting Plaintiff's address, and Plaintiff's Social Security card. The information provided was sufficient to verify Plaintiff's identity and process Plaintiff's request for a full file disclosure.

13.      Despite receiving sufficient information to verify Plaintiff's identity, Defendant failed and refused to provide Plaintiff with the complete file disclosure required by 15 U.S.C. § 1681g(a)(1) within the time required by the Fair Credit Reporting Act.

14.      Upon information and belief, Defendant routinely engages in this practice with consumers requesting full file disclosures, demonstrating a pattern of willful noncompliance.

15.      A full file disclosure encompasses more than what is included in a consumer report or credit report. It consists of all information that the consumer reporting agencies possess about the consumer at the time the consumer requests the information.

16. As a result of Defendant's failure to provide Plaintiff's complete file disclosure, Plaintiff was deprived of the information Congress required Defendant to disclose, preventing Plaintiff from reviewing the complete contents of his file, identifying inaccuracies, determining the source of information being maintained, and timely exercising his rights under the FCRA.

17. Plaintiff has suffered actual damages because of Defendant's actions, omissions, and inactions, in the form of anger, anxiety, emotional distress, fear, frustration, loss of sleep, headaches, embarrassment, among other negative emotions, damage to credit, economic loss, as well as suffering from unjustified and abusive practices.

**Count I**
**VIOLATIONS OF THE FAIR CREDIT REPORTING ACT**
**15 U.S.C. §1681g**

18. Plaintiff re-alleges and reincorporates all previous paragraphs as fully set out herein.

19. Defendant violated 15 U.S.C. § 1681g(a)(1) by failing to clearly and accurately disclose all information contained in Plaintiff's file after receiving Plaintiff's valid request and sufficient information to verify Plaintiff's identity.

20. Defendant's conduct was willful, intentional, and carried out in flagrant disregard of Plaintiff's rights under the FCRA. In the alternative, Defendant acted negligently in failing to comply with its duties under the law.

21. All actions and inactions of Defendant have proximately caused Plaintiff, including but not limited to damages mentioned in this complaint and past and future monetary loss, past and future damage to Plaintiff's credit and creditworthiness, past and future mental distress, and emotional anguish, and other damages that will be presented to the trier of fact.

4

22. As a direct and proximate result of Defendant's conduct, Plaintiff suffered damages, including but not limited to emotional distress, frustration, reputational harm, and denial of information to which he was legally entitled.

23. Plaintiff is entitled to recover statutory damages, actual damages, punitive damages, and attorney's fees and costs under 15 U.S.C. §§ 1681n and/or 1681o.

## JURY DEMAND AND PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully demands a jury trial and requests that judgment be entered in favor of Plaintiff and against Defendant for:

A. Judgment against Defendant for its violations of the FCRA:

B. Actual damages;

C. Statutory damages;

D. Punitive damages;

E. Costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1681n and 1681o

F. For such other and further relief as the Court may deem just and proper.

Respectfully submitted,

/s/ Cortney Walters, Esq
CORTNEY WALTERS, Esq.
**The Law Office of Cortney E. Walters, PLLC**
2719 Hollywood Blvd., Suite A-1969
Hollywood, FL 33020
Florida Bar No. 125159
pleadings@cewlawoffice.com
(954) 874-8022
Lead Attorney

5